Calendar Number 64

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

| | |
|---|---|
| Countrywide Home Loans Inc.<br>PLAINTIFF<br><br>Vs.<br>Kenneth R. Mannie a/k/a Kenneth R. Mannie, Sr.  a/k/a<br>Kenneth Ray Mannie<br>DEFENDANTS | No.  07 CH 026834<br><br>951 E. 193rd Street<br>Glenwood, IL 60425 |

### ASSIGNMENT OF JUDGMENT FOR FORECLOSURE AND SALE

KNOW ALL MEN BY THESE PRESENTS, that Countrywide Home Loans Inc. party of the first part, for good and valuable consideration, has granted, assigned and transferred to U.S. Bank Trust National Association, not in it is individual capacity but solely as Owner Trustee for Queen's Park Oval Asset Holding Trust, party of the second part, all of the rights and interests in and under the Judgment for Foreclosure and Sale entered 7/9/2008.

IN WITNESS WHEREOF, said party of the first part has caused this instrument to be signed by its Authorized Signator this _1st_ day of _November_, 20_13_.

Countrywide Home Loans Inc.

BY: _[signature]_ 11-1-13
Jason Richmond Anderson
Assistant Vice President

CODILIS & ASSOCIATES, P.C.
Attorneys for Plaintiff
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
14-07-J832